**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*12:42 pm, Jan 09, 2024*
**JEFFREY P. COLWELL, CLERK**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No.** 1:23-CV-01897-PAB-NRN

Robert Lewandowski
   **Plaintiff.**

v.

The City of Longmont, a Colorado municipality;
Officer Stephen Desmond, in his official and individual capacity;
   **Defendants.**

---

## PLAINTIFFS <u>UNOPPOSED</u> MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS MOTION TO DISMISS (ECF 29)

---

Plaintiff, submits the following as their Motion for Extension of Time to Respond to Defendants' Motion to Dismiss:

### CERTIFICATE OF CONFERRAL

Plaintiff conferred with the Counsel for the Defendants prior to the filing of this Motion. The Counsel for the Defendants does not oppose the relief requested herein. Therefore, the Motion is **unopposed**.

### STATEMENT

Plaintiff is seeking an extension until February 5, 2024, for the filing of a response to Defendents's Motion to Dismiss.

1

## **ARGUMENT**

1. Defendants filed their Motion to Dismiss on or about December 15, 2023.

2. Plaintiff received email notification of filing of Defendants' Motion to Dismiss on December 14th and subsequently received a second email notification on December 15th with the exhibits that were not filed with the Motion to Dismiss on December 15th.

3. Plaintiff normally has 21 days to respond to Defendants' Motion to Dismiss.

4. Plaintiff filed an initial extension to respond to Defendants Motion to Dismiss on December 20, 2023 and was granted by the court.

5. The Plaintiff is Pro Se and requires additional time to access legal resources to be able to competently legally respond to the numerous issues the Defendants brings up.

6. The Plaintiff is requesting an extension of time to respond to the Defendants' Motion to Dismiss. The additional time will allow for access to legal resources and to properly respond to the Motion to Dismiss,

7. Plaintiff is asking for a date of February 5, 2024 for the date to respond to Defendant's Motion to Dismiss.

8. The Defendants will have 14 days to respond after receipt of Plaintiff's response.

WHEREFORE, Plaintiff respectfully request this Court grant the extension of time and order Response by the Plaintiff is due by February 5, 2024, and for all other and further relief as this Court deems just and appropriate.

Respectfully submitted this 9th day of January, 2024.

             s/ *Robert Lewandowski*
             Robert Lewandowski, Pro Se
             5304 Pony Chase
             Austin, TX 78727
             (512)-689-8822
             DefendingCivilRights@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of January, 2024, a true and correct copy of the foregoing **PLAINTIFFS UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS MOTION TO DISMISS** was filed with the Court via the Pro Se Document Submission Email address and served on the below-listed party by email:

Mark S. Ratner, Esq.
ratnerm@hallevans.com

s/ *Robert Lewandowski*

3