IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01897-PAB-NRN

ROBERT LEWANDOWSKI,

Plaintiff,

v.

THE CITY OF LONGMONT, a Colorado municipality,
OFFICER STEPHEN DESMOND, in his individual and official capacity,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

It is hereby ORDERED that Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendants' Motion to Dismiss (Dkt. #39) is GRANTED. Plaintiff shall respond to Defendants' Motion to Dismiss Plaintiff's Amended Complaint (Dkt. #29) on or before February 5, 2024.

Date: January 10, 2024