IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01897-PAB-NRN

ROBERT LEWANDOWSKI,

Plaintiff,

v.

OFFICER STEPHEN DESMOND, in his individual capacity,

Defendant.

## APPOINTMENT ORDER

It is hereby ORDERED that Plaintiff's Motion for Appointment of Counsel (ECF No. 58), referred to this Court by Judge Philip A. Brimmer on September 4, 2024 (ECF No. 59), is GRANTED.

In accordance with D.C.COLO.LAttyR 15 of the U.S. District Court's Local Rules, the Court hereby determines that Plaintiff Robert Lewandowski merits appointment of counsel drawn from the Civil Pro Bono Panel. The Court is satisfied that the following factors and considerations, as set forth in D.C.COLO.LAttyR 15(f)(1)(B) have been met:

1) the nature and complexity of the action;

2) the potential merit of the claims or defenses of the unrepresented party;

3) the inability of the unrepresented party to retain an attorney by other means; and

4) the degree to which the interests of justice, including the benefits to the court, will be served by appointment of counsel.

Accordingly, it is further ORDERED that pursuant to D.C.COLO.LAttyR 15(f)(2), the Clerk shall select, notify, and appoint counsel to represent the unrepresented party

in this civil matter. The Plaintiff is advised that the Clerk will select counsel from the Panel; however, there is no guarantee that Panel members will undertake representation in every case. The Court cautions Plaintiff that he remains responsible for all scheduled matters, including hearings, depositions, motions and trial.

Dated at Denver, Colorado this 4th day of September, 2024.

_N. Reid Neureiter_
N. Reid Neureiter
U.S. MAGISTRATE JUDGE