IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 23-cv-01897-PAB-NRN**

ROBERT LEWANDOWSKI,

    Plaintiff,

v.

OFFICER STEPHEN DESMOND, in his individual capacity,

    Defendant.

## MOTION TO WITHDRAW

Pursuant to D.C.Colo.LAttyR 5(b), Nicholas W. Katz of Holland & Hart LLP moves the Court for permission to withdraw as counsel for Plaintiff Robert Lewandowski. On March 4, 2025, undersigned counsel entered his appearance under the Federal Limited Appearance Program for the limited purpose of appearing with Mr. Lewandowski at the April 10, 2025 Scheduling Conference. Undersigned counsel hereby certifies that the service specified in the Entry of Appearance is complete and that he has notified Mr. Lewandowski in writing that he is personally responsible for complying with all court orders and time limitations established by applicable statutes and rules. Accordingly, good cause exists for the granting of this Motion.

DATED this 16th day of April, 2025.

Respectfully submitted,

*s/ Nicholas W. Katz*
Nicholas W. Katz
HOLLAND & HART LLP
555 17th Street, Suite 3200
Denver, CO 80102
(303) 295-8539
nwkatz@hollandhart.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 16th day of April 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Mark S. Ratner, Esq.
Hall & Evans, LLC
1001 17th Street, Suite 300
Denver, CO 80202
ratnerm@hallevans.com
***Attorneys for Defendant***

Notification of this filing has also been sent to the following email address:

Robert Lewandowski
defendingcivilrights@gmail.com
***Pro Se Plaintiff***

                                       *s/ Nicholas W. Katz*