IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Civil Action No. 23-cv-01897-PAB-NRN

ROBERT LEWANDOWSKI,

    Plaintiff,

v.

OFFICER STEPHEN DESMOND, in his official and individual capacity,

    Defendant.

---

### ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

---

This matter is before the Court on the Report and Recommendation on Plaintiff's Motion for Leave to Amend Complaint [Docket No. 130]. The Recommendation states that objections to the Recommendation must be filed within fourteen days after its service on the parties. Docket No. 130 at 6; *see also* 28 U.S.C. § 636(b)(1)(C). The Recommendation was served on May 23, 2025. No party has objected to the Recommendation.

In the absence of an objection, the district court may review a magistrate judge's recommendation under any standard it deems appropriate. *See Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."). In this matter, the Court has reviewed the Recommendation

to satisfy itself that there is "no clear error on the face of the record."[1] Fed. R. Civ. P. 72(b), Advisory Committee Notes. Based on this review, the Court has concluded that the Recommendation is a correct application of the facts and the law. Accordingly, it is

**ORDERED** that the Report and Recommendation on Plaintiff's Motion for Leave to Amend Complaint [Docket No. 130] is **ACCEPTED**. It is further

**ORDERED** that Plaintiff's Motion for Leave to Amend Complaint [Docket No. 87] is **DENIED**.

DATED June 17, 2025.

BY THE COURT:

PHILIP A. BRIMMER
Chief United States District Judge

---

[1] This standard of review is something less than a "clearly erroneous" or "contrary to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a de novo review. Fed. R. Civ. P. 72(b).