IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-01897-PAB-NRN

ROBERT LEWANDOWSKI,

    Plaintiff,

v.

OFFICER STEPHEN DESMOND, individually,

    Defendant.

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Plaintiff's counsel, Spencer J. Kontnik and Matthew L. Fenicle, pursuant to D.C.COLO.R 5(b), respectfully move for leave of the Court to withdraw as counsel of record for Plaintiff, Robert Lewandowski, and in support state as follows:

**Conferral**: Pursuant to D.C.COLO.LAttyR 7.1, undersigned counsel conferred with Defendant's counsel on September 15, 2025, who stated that Defendant does not oppose this Motion. Plaintiff objects to undersigned counsel's withdrawal.

### INTRODUCTION

1.     Undersigned counsel has determined that the attorney–client relationship with Plaintiff has irretrievably broken down. Counsel and Plaintiff have fundamental disagreements regarding the manner and means of representation, including case strategy, discovery procedures, and communications with opposing counsel. Continued representation under these circumstances prevents undersigned from fulfilling their professional obligations.

2.      Counsel advised Plaintiff by email on September 15, 2025, of their intent to withdraw. Plaintiff responded by objecting and issuing directives inconsistent with undersigned counsel's professional judgment.

## LAW AND ARGUMENT

3.      RPC 1.16 permits withdrawal when a lawyer establishes:

withdrawal can be accomplished without material adverse effect on the interests of the client. *See* Rule 1.16(b)(1);

the client insists on taking action that the lawyer fundamentally disagrees with. Rule 1.16(b)(4); or

the representation has been rendered unreasonably difficult by the client Rule 1.16(b)(6)).

4.      **No Prejudice to Plaintiff**: Withdrawal can be accomplished without material adverse effect. Undersigned has conferred with opposing counsel regarding extensions of the expert disclosure and case deadlines, and Defendant does not oppose a reasonable extension. A Partially Unopposed Motion to Amend the Scheduling Order has been filed contemporaneously herewith. Unless the Court grants withdrawal earlier or Plaintiff retains substitute counsel, undersigned will ensure Plaintiff's expert disclosures are finalized and served by October 10, 2025, if the contemporaneously filed Motion to Amend the Scheduling Order is granted. Counsel for undersigned and counsel for Defendant have resolved many of the outstanding discovery disputes, and to the extent discovery disputes remain unresolved, there is ample time to address the same. Discovery currently remains open until January 19, 2025, and this deadline may be extended. Moreover, Plaintiff is in possession of his entire case file, previously litigated this case pro se, and undersigned will cooperate with successor counsel to facilitate a smooth transition.

5.      **Fundamental Disagreements**: Plaintiff and undersigned fundamentally disagree

on key aspects of litigation strategy, including the timing and appropriateness of certain motions, discovery procedures, and the methods by which undersigned can communicate with opposing counsel and other lawyers with interest in this litigation. These disagreements prevent counsel from exercising independent professional judgment as required by the Colorado Rules of Professional Conduct.

6. **Communication Break Down**: Communications with Plaintiff have become strained and unworkable, making effective representation unreasonably difficult. Despite efforts to address the issues, the problems have persisted.

7. Although Plaintiff does not consent to withdrawal, client consent is not required where, as here, withdrawal is necessary to comply with counsel's professional and ethical obligations.

## CONCLUSION

WHEREFORE, undersigned counsel respectfully requests that the Court grant this Motion and permit Spencer J. Kontnik and Matthew L. Fenicle to withdraw as counsel of record for Plaintiff Robert Lewandowski and grant such further relief as the Court deems appropriate.

Dated: September 15, 2025.

Respectfully submitted,

KONTNIK | COHEN, LLC

*s/ Spencer J. Kontnik*
Spencer J. Kontnik
Matthew L. Fenicle
201 Steele Street, Suite 210
Denver, Colorado 80206
Phone: (720) 449-8448
Fax: (720) 223-7273
skontnik@kontnikcohen.com

3

mfenicle@kontnikcohen.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2025, I electronically filed the foregoing *Motion to Withdraw as Counsel for Plaintiff* with the Clerk of the Court using the CM/ECF system. The filing will be served via CM/ECF to the following:

Mark S. Ratner
Hall & Evans
1001 17th Street, Suite 300
Denver, CO 80202
Ratnerm@hallevans.com
*Attorney for Defendant*

The foregoing is also being served on Plaintiff, Mr. Lewandowski, via electronic mail and U.S. Mail at:

Robert Lewandowski
5304 Pony Chase
Austin, Texas 78727
defendingcivilrights@gmail.com

*s/ Kylee R. Dickinson*
Kylee R. Dickinson

5