FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
1:10 pm, Oct 01, 2025
JEFFREY P. COLWELL, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-01897-PAB-NRN

ROBERT LEWANDOWSKI,

**Plaintiff**,

v.

OFFICER STEPHEN DESMOND, in his individual capacity,

**Defendant**.

---

**PLAINTIFF'S EMERGENCY MOTION TO STAY DEADLINES PENDING WITHDRAWAL OF COUNCIL**

---

Plaintiff Robert Lewandowski, appearing *pro se*, respectfully files this Emergency Motion to Stay all case deadlines, including the fast-approaching expert disclosure deadline of October 10, 2025, and as grounds states the following:

I. SUMMARY OF MOTION

1. This motion is filed on an emergency basis because Plaintiff's counsel, Spencer J. Kontnik of Kontnik Cohen, LLC has unequivocally stated his intent to withdraw from this case just nine (9) days before the critical expert disclosure deadline.

1

2. This impending withdrawal makes it impossible for Plaintiff to comply with the October 10 deadline. Furthermore, counsel's preceding professional conduct, particularly the failure to secure a necessary economic damages expert, has placed Plaintiff's case in a perilous position that requires immediate intervention from the Court.

3. Plaintiff respectfully requests that the Court enter an order staying all case deadlines for a period of 90 days to allow Plaintiff to retain new counsel and for that counsel to take the necessary steps to prevent irreparable harm to Plaintiff's case.

II. BACKGROUND

4. On September 30, 2025, Plaintiff's counsel, Spencer J. Kontnik, informed Plaintiff via email of his intent to file a motion to withdraw. A true and correct copy of this email is attached as Exhibit 1.

5. This announcement comes just nine (9) days before the Court-ordered deadline for Plaintiff's expert witness disclosures under Fed. R. Civ. P. 26(a)(2).

6. Counsel's decision to withdraw follows a complete breakdown of the attorney-client relationship, precipitated by counsel's failure to secure a forensic economic damages expert necessary to substantiate Plaintiff's significant economic damages claim, which is valued at approximately $1.4 million.

7. Despite Plaintiff's repeated inquiries and emphasis on the need for such an expert, counsel failed to act and instead provided professionally unsound advice that such an expert was "not necessarily needed."

8. Counsel's impending eleventh-hour withdrawal leaves Plaintiff without representation at a critical stage of litigation and makes compliance with the imminent deadline impossible. Proceeding without a stay would result in the waiver of Plaintiff's right to present expert testimony on damages, causing severe and irreparable prejudice to his case.

III. ARGUMENT

9. A stay of proceedings is warranted to prevent manifest injustice. Courts have the inherent power to manage their dockets and grant stays to ensure fairness, particularly when a party is left without counsel through no fault of their own.

10. The sudden withdrawal of counsel immediately before a critical deadline constitutes good cause for a continuance. Plaintiff requires time to find and retain new counsel, and that new counsel will require a reasonable period to review the case file, assess the situation, and take necessary corrective action, including retaining and preparing the required expert disclosures.

11. A 90-day stay of all deadlines is the minimum time necessary to accomplish these tasks without causing further prejudice to Plaintiff. This requested extension is not for the

purpose of delay but is a necessary measure to repair the damage caused by former counsel's conduct and to ensure the case may be justly adjudicated on its merits.

IV. CERTIFICATE OF CONFERENCE

Pursuant to D.C.COLO.LCivR 7.1(a), I hereby certify that on October 1, 2025, I notified opposing counsel, Mark Ratner, via email of my intent to file this emergency motion and the grounds therefor. Given the emergency nature of this motion and the imminent October 10 deadline, a more extensive conference was not practicable. Mr. Ratner's position on this motion is unknown at the time of filing.

V. CONCLUSION

WHEREFORE, Plaintiff Robert Lewandowski respectfully requests that this Court enter an order:

A. Staying the expert disclosure deadline of October 10, 2025, and all other case management deadlines for a period of ninety (90) days;

B. Scheduling a Status Conference at the end of that 90-day period to set a new case schedule; and

C. Granting such other and further relief as the Court deems just and proper.

Respectfully submitted this 1st day of October, 2025.

/s/ Robert Lewandowski
Plaintiff, *Pro Se*

Plaintiff Name and Address:
Robert Lewandowski

4

5304 Pony Chase
Austin, Texas 78727
Tel.: (512) 689-8822
DefendingCivilRights@gmail.com

### CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of October, 2025, a true and correct copy of the foregoing **PLAINTIFF'S EMERGENCY MOTION STAY DEADLINES PENDING WITHDRAWAL OF COUNCIL** was served via U.S. Mail, postage prepaid, to the following counsel of record:

Mark Ratner
Hall & Evans, LLC
1001 17th St., Ste. 300
Denver, CO 80202
ratnerm@hallevans.com
*Counsel for Defendant Stephen Desmond*

Respectfully submitted this 1st day of October, 2025.

/s/ Robert Lewandowski
Plaintiff, *Pro Se*

5



Plaintiff Exhibit 1

Robert L <defendingcivilrights@gmail.com>

## Lewandowski v. Desmond: Conferral re Motion to Withdraw
1 message

**Spencer Kontnik** <skontnik@kontnikcohen.com>   Tue, Sep 30, 2025 at 3:29 PM
To: "Ratner, Mark S." <ratnerm@hallevans.com>, "Stefanick, Sarah" <stefanicks@hallevans.com>, "Lesar, Kristin" <lesark@hallevans.com>
Cc: Robert <defendingcivilrights@gmail.com>, Matthew Fenicle <mfenicle@kontnikcohen.com>, Kylee Dickinson <kdickinson@kontnikcohen.com>

Mark/Robert,

We are going to file a Forthwith Motion to Withdraw prior to the October 10, 2025, affirmative expert disclosure deadline. We are also going to request a forthwith status conference to allow Mr. Lewandowski to address the Court regarding the affirmative expert disclosure deadline. Please let me know your respective positions at your earliest convenience.

Regards,

Spencer J. Kontnik, Partner

Pronouns: he, him, his

KONTNIK | COHEN, LLC

201 Steele Street, Ste. 210

Denver, CO 80206

Ph: (720) 449-8448

Fax: (720) 223-7273

www.KontnikCohen.com

NOTICE: This e-mail message is the property of Kontnik | Cohen, LLC. The contents of this message and any attachments are confidential and protected by law under the attorney-client privilege, attorney-work-product doctrine, and/or other applicable privileges. If you are not the intended recipient of this message, please forward a copy to skontnik@kontnikcohen.com and delete the message and its attachments from your computer. Thank you.