IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 23-cv-01897-PAB-NRN | Date:  October 16, 2025 |
| Courtroom Deputy: Román Villa | FTR:   Courtroom A401 |

| <u>Parties:</u> | <u>Counsel:</u> |
|---|---|
| ROBERT LEWANDOWSKI, | Spencer Kontnik (*video teleconference*) |
| Plaintiff, | |
| v. | |
| OFFICER STEPHEN DESMOND,<br>in his individual capacity, | Mark Ratner (*video teleconference*) |
| Defendant. | |

**COURTROOM MINUTES**

**STATUS CONFERENCE**

**4:00 p.m.     Court in session.**

Court calls case. Appearances of Counsel. Mr. Lewandowski also present via video teleconference.

Preliminary remarks by the Court regarding Forthwith Motion to Withdraw as Counsel for Plaintiff Prior to the Expert Disclosure Deadline and Request for Status Conference (Dkt. #142).

For the reasons stated on the record, it is

**ORDERED**:   Forthwith Motion to Withdraw as Counsel for Plaintiff Prior to the Expert Disclosure Deadline and Request for Status Conference (**Dkt. #142**) is **GRANTED**.

Mr. Lewandowski shall have up to and including December 18, 2025 to try and obtain new counsel.

Discussion regarding Plaintiff's Emergency Motion to Stay Deadlines Pending Withdrawal of Council (Dkt. #144) and Plaintiff's Emergency Motion to Stay Discovery (Dkt. #155).

For the reasons stated on the record, it is

**ORDERED**:  Plaintiff's Emergency Motion to Stay Deadlines Pending Withdrawal of Council (**Dkt. #144**) and Plaintiff's Emergency Motion to Stay Discovery (**Dkt. #155**) are **GRANTED**. All Discovery is **STAYED** pending further order of court.

**ORDERED**:  Further telephonic **Status Conference** to address the case deadlines is set for **December 19, 2025 at 12:00 p.m.** before Magistrate Judge N. Reid Neureiter in Courtroom A401, Fourth floor, Alfred A. Arraj Courthouse, 901 19th Street, Denver, Colorado 80294. **Five minutes prior to the start of the hearing, the parties shall call the conference line 571-353-2301, Access Code 841686937# to participate.**

Discussion held on Plaintiff's Motion for Sanctions for Spoliation of Evidence (Dkt. #140) and Plaintiff's Motion to Compel Non-Party Irene Kantrowitz to Provide a Legally Complaint Response to Subpoena Duces Tecum (Dkt. #150).

Discussion regarding discovery issues.

**4:20 p.m.**     **Court in recess.**

Hearing concluded.
Total in-court time:   00:20

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.